# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **GEOFF JOHNSON,** *Plaintiff* | § § § | |
| | § | **W-20-CV-00082-ADA** |
| **-vs-** | § § | |
| **RAINBOW INTERNATIONAL LLC,** *Defendant* | § § § § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

Pursuant to the Parties Voluntary Dismissal (ECF No. 7), this case is hereby **DISMISSED WITH PREJUDICE** with each side to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED t**his 7th day of April 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE